**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EFREN VALENCIA, | ) | NO. CV 19-7228-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 28, 2019.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE